## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KAYLA CARTER,

    Plaintiff,

v.                                  Case No: 8:25-cv-398-WFJ-TGW

EQUIFAX INFORMATION SERVICES
LLC,

    Defendant.

_____/

## O R D E R

The Court has been advised by the **Notice of Settlement (Dkt. 21)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on April 7, 2025.

                        s/*William F. Jung*
                        **WILLIAM F. JUNG**
                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record